UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**Marlen Paradoa,**    Case No.: 20-17188-PDR
                       Chapter 7
       **Debtor.**
_____/

**TRUSTEE'S AGREED *EX PARTE* MOTION FOR EXTENSION OF TIME
FOR THE TRUSTEE AND OFFICE OF THE UNITED STATES TRUSTEE TO
FILE AN ADVERSARY COMPLAINT AGINST THE DEBTOR TO DENY DISCHARGE
UNDER 11 U.S.C. §727(a)**

      The Trustee, Chad S. Paiva, files this Agreed *Ex Parte* Motion for Extension of Time for the Trustee and Office of the United States Trustee to File an Adversary Complaint Against the Debtor to Deny Discharge Under 11 U.S.C. §727(a), pursuant to F.R.B.P. 4004 and Local Rule 9013-1(C)(1) and (6), and states:

1. This bankruptcy case was commenced by the filing of a voluntary chapter 7 petition by the debtor on June 30, 2020.

2. Chad Paiva is the duly qualified Trustee in this case.

3. Pursuant to the Notice of Chapter 7 Bankruptcy Case (DE#2), the current deadline to object to the debtor's discharge is October 5, 2020.

4. On September 9, 2020, the Office of the United States Trustee filed a Motion to Dismiss this case under 11 U.S.C. §707(b) (DE#18). The Motion to Dismiss is scheduled for hearing on October 1, 2020 which is only four (4) days prior to the deadline to file an adversary complaint against the debtor to deny discharge under 11 U.S.C. §727(a).

5. The Trustee and Office of the United States Trustee believe that grounds may exist to seek a denial of the Debtor's discharge, however, it will not be necessary to pursue a denial of the debtor's discharge if the Court dismisses the case either at the October 1, 2020 hearing or a subsequently scheduled evidentiary hearing.

6. Alternatively, should the Court deny the Motion to Dismiss at the hearing on October 1, 2020, there will not be sufficient time to take the debtor's 2004 examination, and prepare and file an adversary complaint against the debtor on or before the current deadline should the Trustee and Office of the United States Trustee decide to pursue a denial of the debtor's discharge.

7. Based on the foregoing, the Trustee requests on behalf of himself and the Office of the United States Trustee a 60 day extension of time up through and including December 4, 2020 to file an adversary complaint against the debtor to deny discharge under 11 U.S.C. §727(a).

8. **THE DEBTOR, THROUGH HER COUNSEL, CONSENTED IN WRITING TO THE EXTENSION REQUESTED HEREIN ON SEPTEMBER 15, 2020.**

9. The Trustee has uploaded an Agreed *Ex-Parte* Order granting the extension requested herein.

WHEREFORE, the Trustee requests that this Court enter an Order granting the relief requested herein, and for and for such other relief as the Court deems just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by regular U.S. Mail and CM/ECF to all parties listed below in the manner listed below on this the 21ST day of September 2020.

By: /S/ *Chad S. Paiva*
Chad S. Paiva.
Chapter 7 Trustee
6526 S. Kanner Highway, #376
Stuart, FL 34997
Telephone: (561) 762-4118
Email: trustee.paiva@gmail.com

**Via CM/ECF**

The following is a list of parties who are currently on the list to receive email notice/service for this case:

- US Trustee's Office — USTPRegion21.MM.ECF@doj.gov
- Adisley M. Cortez-Rodriquez, Esq. — adisley.m.cortez-rodriquez@usdoj.gov
- Robert Sanchez, Esq. — court@bankruptcyclinic.com
- Brittany Lee Hynes, Esq. — blh@trippscott.com

**Via Regular Mail**

Marlen Paradoa
4765 NW 115th Way
Sunrise, FL 33323-2704