

ORDERED in the Southern District of Florida on September 21, 2020.



Peter D. Russin, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**Marlen Paradoa,**　　　　　　　　　　　　　　**Case No.: 20-17188-PDR**
　　　　　　　　　　　　　　　　　　　　　　　　**Chapter 7**
　　**Debtor.**
_____/

**AGREED ORDER GRANTING TRUSTEE'S AGREED *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE ADVERSARY COMPLAINT AGAINST THE DEBTOR TO DENY DISCHARGE UNDER 11 U.S.C. §727(a)**

THIS MATTER came before the Court upon the Agreed *Ex Parte* Motion for Extension of Time for the Trustee and Office of the United States Trustee to File an Adversary Complaint Against the Debtor to Deny Discharge Under 11 U.S.C. §727(a) (DE#21) filed by the Chapter 7 Trustee, Chad S. Paiva. The Court, having reviewed the Motion, having noted that the Movant has complied with Local Rule 9013-1(C)(1) and (6), and the Court being otherwise fully advised in the premises does,

　　**ORDER:**

35670705:1

1. Agreed *Ex Parte* Motion for Extension of Time for the Trustee and Office of the United States Trustee to File an Adversary Complaint Against the Debtor to Deny Discharge Under 11 U.S.C. §727(a) filed by the Chapter 7 Trustee, Chad S. Paiva, is granted.

2. The Chapter 7 Trustee, Chad S. Paiva, and the Office of the United States Trustee shall have through and including December 4, 2020 to file an adversary complaint against the Debtor, Marlen Paradoa, to deny discharge under 11 U.S.C. §727(a).

###

Submitted by:
Chad S. Paiva
Chapter 7 Trustee
6526 S. Kanner Highway, #376
Stuart, FL 34997
Telephone: (561) 762-4118
Email: trustee.paiva@gmail.com

Chad S. Paiva, Trustee, shall serve a copy of this Order on those parties required to receive notice and shall file a separate certificate of service.

35670705:1